UNITED STATES BANKRUPTCY CORT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| IN RE: | |
| JANICE LUCILLE BAKER, | CHAPTER 13 |
| DEBTOR. | CASE NO. 23-30417-JPS |

## VOLUNTARY DISMISSAL

Comes now the debtor, JANICE LUCILLE BAKER, by and through counsel, and respectfully requests that his Chapter 13 case be dismissed.

This December 14, 2023.

Respectfully Submitted,
JEFF FIELD & ASSOCIATES

/s/ R. Jeffrey Field

_____
R. JEFFREY FIELD
Attorney for Debtor
State Bar No. 259670
342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and exact copy of the foregoing "Voluntary Dismissal" to the following:

Camille Hope
Chapter 13 Trustee
PO Box 954
Macon, GA 31202

Janice Lucille Baker
205 Lombardy Circle
Athens, GA 30601

by electronic service upon filing with the Court or by placing a copy of same in a properly addressed envelope with sufficient postage affixed thereon to insure delivery and depositing same in the United States Mail.

Dated: December 14, 2023

JEFF FIELD & ASSOCIATES

/s/ R. Jeffrey Field

R. JEFFREY FIELD
Attorney for Debtor

342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com